FRANK M. ROSS *v.* HAROLD E. HEGSTROM, STATE JAIL ADMINISTRATOR

The motion by the plaintiff to expedite his appeal from the Superior Court in Middlesex County and to defer the printing of briefs is denied.

*Joseph D. Harbaugh,* chief public defender, in support of the motion.

Submitted April 1—decided April 4, 1968

STATE OF CONNECTICUT *v.* RICHARD J. BALTROMITIS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*L. Scott Melville,* in support of the petition.

*Kenneth W. Mango,* assistant prosecuting attorney, in opposition.